UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EVERY PENNY COUNTS, INC.,

    Plaintiff,

v.                                          CASE NO.: 8:11-cv-2826-T-23TBM

WELLS FARGO BANK, N.A.,

    Defendant.
_____/

## **ORDER**

Wells Fargo moves to dismiss from the amended complaint claims that Wells Fargo willfully infringed and induced infringement of Every Penny Counts's '849 and '217 patents. Every Penny Counts clarifies that the amended complaint alleges no inducement. By identifying the allegedly infringing Wells Fargo products, alleging that Wells Fargo knew of the '849 and '217 patents when the alleged infringement began, and alleging that Wells Fargo infringed both patents deliberately, the amended complaint sufficiently alleges willfulness. *See Netgear, Inc. v. Ruckus Wireless, Inc.*, --- F.Supp.2d ----, 2012 WL 1118773, *5 (D. Del. 2012); *Gradient Enters., Inc. v. Skype Techs. S.A.*, --- F.Supp.2d ----, 2012 WL 864804, *4 (W.D.N.Y. 2012); *Oracle*

- 2 -

*Corp. v. DrugLogic, Inc.*, 807 F.Supp.2d 885, 903 (N.D. Cal. 2011); *Sony Corp. v. LG Elecs. U.S.A., Inc.*, 768 F.Supp.2d 1058, 1063-64 (C.D. Cal. 2011).

The motion (Doc. 18) to dismiss is **DENIED**.

ORDERED in Tampa, Florida, on May 17, 2012.

*Steven D. Merryday*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE