UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EVERY PENNY COUNTS, INC.,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,
f/k/a Wachovia Bank, N.A.

    Defendant.

Case No. 8:11-CV-02826-SDM-TBM

**UNNOPPOSED MOTION FOR SUBSTITUTION OF
CO-COUNSEL FOR DEFENDANT WELLS FARGO BANK, N.A.**

Defendant, Wells Fargo Bank, N.A. ("Wells Fargo"), by and through the undersigned counsel and pursuant to Local Rule 2.03, moves for entry of an order substituting Danielle Williams and the law firm of Kilpatrick Townsend & Stockton LLP ("Kilpatrick") for Steven Cherny, Amanda Hollis, and Jared Barcenas and the law firm of Kirkland & Ellis LLP ("Kirkland") as co-counsel for Wells Fargo.

Wells Fargo requests that Kirkland and its attorneys be relieved of any further obligations as counsel of record for Wells Fargo in this action. The substitution will not cause prejudice to Plaintiff or undue delay, as this case is in its early stages.

Simultaneously with filing this motion, Ms. Williams and attorneys appearing from Kilpatrick on behalf of Wells Fargo are submitting the necessary materials for special admission in this Court, pursuant to Local Rules 2.02(a) and 2.01(d). Charles Harris, Scott Feather, and the law firm of Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A. ("Trenam Kemker") will remain as co-counsel for Wells Fargo. The

aforementioned attorneys of Trenam Kemker consent to be designated as members of the Bar of this Court upon whom all notices and papers may be served, and who will be responsible for the progress of the case, including trial, in default of the non-resident attorney.

In addition to the foregoing, Abby Salzer, who appeared on behalf of Wells Fargo in this matter, has left the employ of Trenam Kemker. On behalf of Ms. Salzer and pursuant to Local Rule 2.03, Trenam Kemker requests that Ms. Salzer be permitted to withdraw as counsel of record for Wells Fargo, and that she be relieved of any further responsibility in this action.

## CERTIFICATE OF GOOD FAITH CONFERENCE

The undersigned counsel, Scott Feather, hereby certifies that in accordance with Local Rule 3.01(g), he has conferred in good faith with counsel for Plaintiff, Frank Jakes, regarding the contents of this motion, and opposing counsel consents to the relief requested herein.

/s/ E. Danielle T. Williams
E. DANIELLE THOMPSON WILLIAMS
Dtwilliams@kilpatricktownsend.com
KILPATRICK TOWNSEND &
 STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Tel: (336) 607-3306 | Fax: (727) 822-8048

/s/ Scott D. Feather
CHARLES M. HARRIS, JR.
Florida Bar No.: 0967459
charris@trenam.com

/s/ Jared Barcenas
AMANDA HOLLIS (*pro hac vice*)
amanda.hollis@kirkland.com
JARED BARCENAS (*pro hac vice*)
jared.barcenas@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Tel: (312) 862-2000 | Fax: (312) 862-2200

*-and-*

STEVEN CHERNY (*pro hac vice*)
steven.cherny@kirkland.com
KIRKLAND & ELLIS LLP

2

SCOTT D. FEATHER  
Florida Bar No.:  0068740  
sfeather@trenam.com  
TRENAM, KEMKER, SCHARF, BARKIN,  
 FRYE, O'NEILL & MULLIS, P.A.  
200 Central Ave., Suite 1600  
St. Petersburg, FL  33701  
Tel:  (727) 896-7171 | Fax:  (727) 820-0835  

601 Lexington Ave.  
New York, NY 10022  
Tel.: (212) 446-4800 | Fax.: (212) 446-4900  

*Attorney for Defendant*  
*WELLS FARGO BANK, N.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 2, 2012, I electronically filed the foregoing **Unopposed Motion for Substitution of Co-Counsel for Defendant Wells Fargo Bank, N.A.** with the Clerk of Court using its CM/ECF system, and the foregoing document is being served this day on all counsel of record identified via CM/ECF.

/s/ Scott D. Feather