UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EVERY PENNY COUNTS, INC.,

    Plaintiff,

v.                                                             CASE NO. 8:11-cv-2826-T-23TBM

WELLS FARGO BANK, N.A., et al.,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

The plaintiff is ordered to show cause in writing by **October 19, 2012**, why this action should not be dismissed pursuant to Local Rule 3.10 for lack of prosecution due to failure to file a case management report within the time prescribed by Local Rule 3.05.  Failure to comply with this order shall result in the dismissal of this case without further notice.

ORDERED in Tampa, Florida, on October 11, 2012.

*Steven D. Merryday*
_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE