AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Middle District of Florida_____ on the following

☐ Trademarks or    XX Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 8:11-cv-2826-T-23TBM | December 22, 2011 | Middle District of Florida |

| PLAINTIFF | DEFENDANT |
|---|---|
| EVERY PENNY COUNTS, INC. | WELLS FARGO BANK, N.A. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,571,849 | | |
| 2 | 8,025,217 | | |

In the above—entitled case, the following decision has been rendered or judgment issued:

**DECISION/JUDGMENT**

Judgment is entered in favor of Defendant, Wells Fargo Bank, N.A., and against Plaintiff, Every Penny Counts, Inc.

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| SHERYL L. LOESCH | Dawn Saucier | September 12, 2014 |

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**